FILED: January 23, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4894
(2:02-cr-00178-RAJ-JEB-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

GARY SPENCER ALBURY, a/k/a G

      Defendant - Appellant

_____

O R D E R
_____

The court grants the motion to suspend the establishment of a briefing schedule pending resolution of the motion to dismiss.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk